U.S. Department of Justice          **Certification of Identity**          

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Willie Edward Boyd

Citizenship Status [2]  Yes            Social Security Number [3]  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

Current Address  P.O. Box 5000, 3-B, Greenville, IL. 62246

Date of Birth  July 11, 1949            Place of Birth  St. Louis, Missouri

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____    Date _____

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

Print or Type Name

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
APR. 01

Willie E. Boyd
# 18498-044
Federal Correctional Institution
P.O. Box 5000, 3-B
Greenville, IL. 62246

December 1, 2004

RE: FOIA Request & Privacy Waivers

Ms. Dorothry Chambers
FOI/PA Officer
Chief, Disclosure Division
Bureau of Alcohol, Tobacco, Firearms
and Expolsives
Department of Justice
Washington, D.C. 20226

Dear Ms. Chambers:

    This is a request for all records and information in your files, pursuant to Freedom of Information/ and Privacy Act, Title 5 § 552 in the files of Bureau of Alcohol, Tobacco and Firearms ("BATF"). That contains information on the requester and Mary DeArmon, Albert Greer, Sharron Troupe, Muhammad Mateen, Stanley Boyd, Kenneth Boyd, Gerald Boyd, Jacqueline Boyd, Alonzo Wrickerson and Tommy Franklin. The requester is submitting these 10-Privacy Waivers, with Certificates of Identity. The 10-Privacy Waivers exclusively states: "I waive any and all privacy rights to records and information in your files 00-311, 00-1670 and 02-1078 in the ATF Investigative File 745519-97-0012 on Willie E. Boyd.

    Not excluding any information in any private files on the individuals who have submitted Privacy Waivers.

    The Court of Appeals for the District of Columbia, has held that such prose request should be interpreted liberally in favor of disclosure and the Privacy Waivers state: "to authorization to Willie E. Boyd, # 18498-044, Greenville-FCI, P.O. Box 5000, 3-B, Greenville, IL. 62146 records and infor-

- 1 -

FILED
JUN - 2 2005     Exhibit-B
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT      1096

mation in BATF files that bear my name or has any identification number associated to me." See: Lacreda v. EOUSA, 317 F.3d 345 (D.C. Cir. 2003).

I request a full copy of Tape Conversation in the File No. 04-1132, which contained the conversations of Sharron Troupe, Muhammad Mateen and Willie E. Boyd. See: New York Times Co. v. NASA, 920 F.2d 1002 (D.C. Cir. 1990). The transcripts of the tape has not been authenticated by anyone. Who actually did the transcripts? The requester is entitled to all the information in the tape conversation of May 13, 1997, thats in File No. 04-1132, with BATF.

I expect a response to this request within 10-working days, pursuant to the Statute of Limitation of the FOIA.

Sincerely,

Willie E. Boyd

cc: file

10-Privacy Waivers Attahed



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

MAR 2 2 2005

Washington, DC 20226
www.atf.gov

Refer to: 05-336

Mr. Willie Boyd  # 18498-044
Federal Correctional Institute
P.O. Box 5000  3-B
GREENVILLE  IL  62246

Dear Mr. Boyd:

This is an initial response to your recent request that we process FOIA Case files 00-311, 00-1670 and 02-1078 once more, as you have submitted 10 certificates of identity and privacy waivers with regard to the aforementioned case files.

Please be advised that we have completed our review of FOIA Case file 00-311. The remaining documents will follow shortly. We apologize for the delay and must advise you that we have many requests pending at this time.

We are releasing the disclosable portions of the documents and withholding portions for the reasons shown on the cover sheet that accompanies the documents. We have allocated your request a new file number 05-336 and the document number follows, e.g. 05-336-1. Be advised that pages 05-336-1 and 05-336-4 are the same as previously released, and are simply included to complete the pertinent document.

You may appeal the deletions if you wish by following the procedure outlined on the reverse of the cover sheet, however; as our review of files 00-1670 and 02-1078 is not yet complete we suggest you delay any appeal until completion. Your appeal rights will date from the date of our final release.

Sincerely,

Marilyn R. LaBrie
Disclosure Specialist

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1096

Exhibit-C

Willie E. Boyd
# 18498-044
Federal Correctional Institution
P.O. Box 5000, 3-B
Greenville, IL. 62246

March 30, 2005

Mr. Richard Huff
Co-Director
U.S. Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001

RE: Request No. 05-336, Appeal BATF

Dear Mr. Huff:

This is an appeal of BATF release of documents of March 22, 2005 by Ms. Marilyn R. LaBrie. The agency release is inadequate in several regards, (1) there is information redacted from the documents that can not be justified by an exemption, (such as the months and dates); (2) some of the documents that have been released don't have the identiying exemption where the information has been redacted, this is inviolation of FOIA. There are more documents in the file release of # 00-311, now # 05-336 that is the subject of the requester, pursuant to the 10-Privacy Waivers.

There were several file releases that identified documents in # 00-311 series, the release of December 13, 1999, October 18, 2000, and October 24, 2000, there is nothing in the correspondense that would indicate these files were searched for relevant documents and information.

Mr. Huff, the agency has had more than ample time to Complete its search in file # 00-311, # 00-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-1670, # 00-1670, # 02-1078 # 04-1132 and # 04-1155, for Privacy information responsive to my request

- 1 -

FILED

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit-D

05 1096

for records, pursuant to FOIA.   I'm now pursuing litigation in Court, and I need relevant documents and information, so if I haven't received the documents requested in 30-days I will pursue judicial review.

Sincerely,

Willie E. Boyd

cc: file



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

APR 1 3 2005

Mr. Willie E. Boyd
Register No. 18498-044
Federal Correctional Institution, Unit 3-B
P.O. Box 5000
Greenville, IL 62246

    Re: Request No. 05-336

Dear Mr. Boyd:

    This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on April 7, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1484**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1096

Exhibit-E