## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE E. BOYD, | ) | |
| # 18498-044 | ) | |
| Greebville - FCI | ) | |
| POB 5000 3-B | ) | |
| Greenville, IL 62246, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1096 (RMU) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, | ) | |
| Department of Justice | ) | |
| Washington, DC 20226, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S MOTION TO ENLARGE THE TIME TO RESPOND
### TO THE COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Bureau of Alcohol, Tobacco, Firearms and Explosives respectfully moves this Court to enlarge the time within which defendant may answer or otherwise respond to the complaint from July 8, 2005 to August 8, 2005.

In support of this motion, defendant states the following: Defendant currently anticipates filing a dispositive motion in this FOIA case. However, due to demands on undersigned counsel, including an emergency appellate matter and another appellate matter, counsel has not had the opportunity to obtain all of the information necessary for filing the dispositive motion. Accordingly, the requested extension will provide counsel the opportunity to prepare a proper

dispositive motion.[1]  This is defendant's first extension in this matter and the extension will not

interfere with any Court- or Rule-imposed deadlines.

July 7, 2005                                    Respectfully submitted,


                                        ____/s/_____
                                        KENNETH L. WAINSTEIN, D.C. Bar #451058
                                        United States Attorney


                                        ____/s/_____
                                        R. CRAIG LAWRENCE, D.C. Bar #171538
                                        Assistant United States Attorney


                                        ____/s/_____
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, DC 20530
                                        (202) 307-1249

---

[1]     Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## <u>CERTIFICATE OF SERVICE</u>

On July 7, 2005, a copy of the foregoing was sent by first-class mail, postage prepaid to:

WILLIE E. BOYD
# 18498-044
Greebville - FCI
POB 5000 3-B
Greenville, IL 62246


___/s/_____
John F. Henault