## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond and Memorandum in Support Thereof, and the record herein, and it appearing that good cause exists for the requested extension, it is this

_____ day of _____, 2005,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall answer or otherwise respond to the Complaint on or before August 8, 2005.

_____
Ricardo M. Urbina
United States District Judge

cc:  JOHN F. HENAULT
     Assistant United States Attorney
     555 4th Street, NW
     Washington, DC  20530

     WILLIE E. BOYD
     # 18498-044
     Greebville - FCI
     POB 5000 3-B
     Greenville, IL 62246