UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of this Court will please **withdraw** the appearance of Assistant United States Attorney John F. Henault in the above-referenced case and **enter** the appearance of Assistant United States Attorney Jane M. Lyons as counsel for defendant.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 Fourth Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
jane.lyons@usdoj.gov

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2005, I placed a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney