## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S PROPOSED BRIEFING SCHEDULE

Defendant, identified in the Complaint as Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), has filed an answer in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Undersigned counsel is informed that ATF is making additional releases of material to Plaintiff on August 8, 2005, and will need some time after those final releases are made to prepare an appropriate declaration to support a dispositive motion. ATF currently anticipates completing the declaration before the end of August. Undersigned counsel with primary responsibility for this matter will be out of the office on previously-scheduled leave during the last two weeks of August and has a number of commitments in other cases during the first part of September, 2005, including an oral argument in the D.C. Circuit on September 9, 2005 in Brannum v. Lake, No. 04-5130 & 04-5131, and a full brief for appellee due on that same date in the D.C. Circuit in Tripoli Rocketry Ass'n v. ATF, No. 04-5453. Accordingly, having reviewed the active docket of cases for which undersigned counsel is responsible and endeavoring to establish realistic deadlines which, based on current information, should not need to be extended, defendant proposes the following briefing schedule:

|  |  |
|---|---|
| Dispositive motions: | September 21, 2005 |
| Responses: | October 26, 2005 |
| Replies: | November 17, 2005. |

This briefing schedule will advance resolution of this matter on the merits. Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro se in this matter will have a reasonable amount of time to review ATF's most current release before any motion is to be filed. The extra time built into the schedule for responses is warranted by Plaintiff's pro se status and should mitigate the unavoidable delays caused by both screening of prison mail and all mail coming into the Department of Justice.

For all of these reasons, defendant respectfully requests that the Court enter the briefing schedule suggested above or set the deadline for defendant's dispositive motion no earlier than September 21, 2005.

Dated: August 8, 2005.

Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of August, 2005, I placed a copy of the foregoing **DEFENDANT'S PROPOSED BRIEFING SCHEDULE** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney