UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Willie E. Boyd, pro-se,
    Plaintiff,

v.

Bureau of Alcohol, Tobacco,
Firearms and Expolsives,
    Defendant.

Case No. 1:05CV1096(RMU)

## PLAINTIFF MOTION TO WITHDRAW ITS MOTION REQUEST FOR CLARIFICATION, AND TO SET THE RECORD STRAIGHT

**COMES NOW,** Plaintiff Willie E. Boyd, proceeding pro-se, request this Honorable Court to withdraw its motion request for clarification, and to set the record straight. The Plaintiff submits the following:

1. On August 12, 2005 the Plaintiff received correspondence from the Clerk's Office, concerning a status hearing set for November 14, 2005, in Court-12, before Ricardo M. Urbina.

2. On August 13, 2005 the Plaintiff mailed to the District Court a Plaintiff's Motion Request for Clarification, etc., being that it appeared that the District Court had sent the wrong materials in this FOIA civil litigation.

3. On August 10, 2005 the District Court issued an Order vacating the status hearing scheduled for November 14, 2005. **See: Exhibit-A.**

- 1 -

There appears my the District Courts order of August 10, 2005, that there is no need for the court to clarify its position being that it has vacated its order, elimnating the need for a status hearing on November 14, 2005.

## PLAINTIFF WOULD LIKE TO SET THE RECORD STRAIGHT WITH THESE ADDITIONAL FACTS

4. On August 17, 2005 the Plaintiff received a package from Ms. Jane M. Lyons, Assistant United States Attorney, enclosed in the package was copies of (3) motion, Notice of Substitution of Counsel; Defendant's Answer to Plaintiff's Complaint and Defendant's Proposed Briefing Schedule. The Government's envelope did not bear any post marks. **See: Exhibit-B.**

Being that Ms. Jane M. Lyons has belately sent the documents that the Plaintiff had request in his motion for clarification, there is no need for the District Court to order the Respondent to serve Plaintiff the documents.

5. In the Defendant BATF's "Answer to Plaintiff's Complaint, they state that Plaintiff was sent 53-pages on August 8, 2005, with exemptions (b)(3), (b)(7)(C), (b)(7)(D) and (b)(7)(F). **See: Defendant's Answer To Plaintiff's Complaint, pp. 3-4.**

The Plaintiff would like to inform the court, that the 53-pages of exempt documents has not been received by the Plaintiff, as of August 21, 2005.

The Plaintiff request that this Court order the Defendant BATF, to send the Plaintiff the document it claims it sent the Plaintiff on August 8, 2005.

- 2 -

6. In the Defendant's Proposed Briefing Schedule, the Respondent may a incorrect statement to the court that Plaintiff was serving a life sentence. It appears that Ms. Lyons, is making a personal attack on the Plaintiff. "Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro-se in this matter will have a reasonable amount of time ro review ATF's most current release before any motion is to be filed." **See: Defendant's Briefing Schedule, p. 2.**

Ms. Lyons, may think the Plaintiff's sentence is a life sentence, but she knows what the Plaintiff's sentence is, being that Ms. Lyons, has litigated against the Plaintiff since 2000 in Boyd v. U.S. Marshals Service, 99CV2712(JR). This court should direct Ms. Lyons, from making false statements to the court, and order her to promptly forward the FOIA release document of August 8, 2005.

**WHEREFORE,** Plaintiff Willie E. Boyd, prays that the District Court takes the appropriate action in this case.

[Dated: 21, August, 2005].

Respectfully Submitted,

Willie E. Boyd, pro-se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff Motion to Withdraw its Motion Request For Clarification, and to Set the Record Straight, was placed in the institution mailbox, postage prepaid, on August 21, 2005 to:

Ms. Jane M. Lyons
Assistant United States Attorney
Judicial Center Building
555 Fourth Street, N.W.   Room 10-415
Washington, D.C. 20530

By,

Willie E. Boyd, pro-se
# 18498-044
Federal Correctional Insti.
P.O. Box 5000, 3-B
Greenville, IL. 62246