

DCD_ECFNotice@dcd.uscourts.gov
08/10/2005 07:51 AM

To DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject Activity in Case 1:05-cv-01096-RMU BOYD v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES "Order"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrmu2, entered on 8/10/2005 at 7:51 AM and filed on 8/10/2005

**Case Name:** BOYD v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
**Case Number:** 1:05-cv-1096
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER vacating the status hearing scheduled for November 14, 2005 at 9:45 am. Signed by Judge Ricardo M. Urbina on 8/10/05. (md)

The following document(s) are associated with this transaction:

**1:05-cv-1096 Notice will be electronically mailed to:**

Jane M. Lyons    jane.lyons@usdoj.gov

**1:05-cv-1096 Notice will be delivered by other means to:**

WILLIE E. BOYD
R18498-044
GREENVILLE FEDERAL CORRECTION INSTITUTION

Exhibit-A

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300



Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

Exhibit-B