UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD,<br><br>       Plaintiff,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS, AND EXPLOSIVES,<br><br>       Defendant. | Civil Action No. 05-1096 (RMU) |

## ORDER

Upon consideration of defendant's proposed briefing schedule and the current record of this case, it is hereby

ORDERED that the parties shall file dispositive motions on or before **September 21, 2005**, oppositions on or before **October 26, 2005**, and replies on or before **November 17, 2005**.

SO ORDERED.

                                                  /s/
                                       RICARDO M. URBINA
                                       United States District Judge

Date: September 2, 2005