UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FOR
PRODUCTION OF DOCUMENTS**

Defendant, identified in the complaint as the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), opposes plaintiff's motion for an order directing ATF to provide plaintiff with the remaining documents responsive to his requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), because his motion is now moot.  Trueblood v. United States Dep't of the Treasury, 943 F. Supp. 64, 67 (D.D.C. 1996).  As explained in defendant's motion for summary judgment [Docket Entry No. 18] and the Declaration of Averill P. Graham attached thereto, all material, some of which ATF recently completed processing for release, has now been provided to plaintiff.  Most recently, ATF mailed plaintiff the remainder of the documents responsive to his request on September 15, 2005 which was after plaintiff submitted his motion.

Accordingly, defendant respectfully requests that the Court deny plaintiff's motion [Docket Entry No. 17].

Dated: September 26, 2005.

                                  Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of September, 2005, I placed a copy of the foregoing **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney