UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE E. BOYD, pro-se,  )
    Plaintiff,  )
                                  )
v.  )   Case No. 05CV1096(RMU)
                                  )
Bureau of Alcohol, Tobacco  )
and Firearms and Expolsives,  )
    Defendant.  )

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Plaintiff Willie E. Boyd, proceeding pro-se, requesting that this Honorable Court grant the Plaintiff an extention of time, to file his Response to Defendant's Motion for Summary judgment. The Plaintiff submits the following reasons why this court should grant this motion:

**1.** On September 2, 2005 the District Court granted Defendant's Proposed Briefing Schedule, setting the dates for Dispositive Motion due by 9/21/2005. Response to Dispositive Motions due by 10/26/2005. Reply to Dispositive Motions due by 11/17/2005.

**2.** On September 24, 2005 the Plaintiff received the 53-pages of documents from BATF.

- 1 -

3. On September 26, 2005 Plaintiff received a copy of Defendant's Motion for Summary Judgment. In the Defendant's Motion for Summary Judgment, on page 3, footnote 3., the Defendant explains that its Vaughn Index is incomplete and this deficient Vaughn Index, would not be completed and filed with the court until October 5, 2005, stating:

> "3  ATF has not yet completed the Vaughn index for the documents covered in the September 15, 2005 release and will submit it to the Court no later than October 5, 2005."
>
> **See: Defendant's MOtion for Summary Judgment, page 3, footnote 3.**

4. The District Court has given Plaintiff up until October 26, 2005, to file his Response to Dispositive Motion.

The delay in the Defendant to file a complete Vaughn index, in that the Plaintiff would must received the Vaughn index around October 9th or 10th, 2005, leaving the Plaintiff with the lost of 20-days to preare his Response to the full Defendant's Motion for Summary Judgment with the full and completed Vaughn indexing.

5. The Plaintiff request that he be allowed at lease 30-days to file his Response to Defendant's Motion for Summary Judgment, after the Defendant files its final complete Vaugh index. One reason that the Plaintiff feels it would be necessary that the Plaintiff be allowed the time to file the Response when the Vaughn index is completed, is because the Plaintiff finds the release dated September 15, 2005, the 53-pages inadequate, and for the most part, the documents have redacted information taken from them, but the documents them do not list the exemption on the document for the redacted information. Maybe a com-

plete Vaughn index would give the Plaintiff a concrete reason for any withholding. **Schiller v. N.L.R.B.**, 964 F.2d 1205, 1209-1210. (D.C. Cir. 1992).

If the Plaintiff was to receive the Defendant's complete Vaughn index by October 10, 2005, the 30-days to file a Response Motion, would be adequate.

**WHEREFORE,** Plaintiff Willie E. Boyd, prays this COurt grant an extention of time, up until Novermber 10, 2005 to file its response. [Dated: 27, September, 2005].

Respectfully Submitted,

Willie E. Boyd, pro-se

## CERTIFICATE OF SERVICE

I certify that atrue and correct copy of Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, was placed in the Greenville-FCI mailbox, postage prepaid, on September 27, 2005 to:

Ms. Jane M. Lyons
Assistant United States Attorney
Judiciary Building Center
555 Fourth Street,   Room 10-415
Washington, D.C. 20530

By, _____
Willie E. Boyd, pro-se