UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, AND EXPLOSIVES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1096 (RMU) |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

When defendant filed its motion for summary judgment on September 21, 2005, it noted that the supporting materials did not include a <u>Vaughn</u> index for documents released to plaintiff on September 15, 2005.  <u>See</u> Def.'s Mem. in Support of Mot. for Summ. J. [Docket Entry No. 18], at 3 & n.3.  Accordingly, attached is the Second Declaration of Averill P. Graham, Chief of the Disclosure Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives, which supplements and completes the <u>Vaughn</u> information in support of defendant's pending motion.

Dated: October 5, 2005.

                                            Respectfully submitted,

                                            /s/_____
                                            KENNETH L. WAINSTEIN, D.C. Bar #451058
                                            United States Attorney

                                            /s/_____
                                            R. CRAIG LAWRENCE, D.C. Bar # 171538
                                            Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of October, 2005, I placed a copy of the foregoing **DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney