UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD,                                )<br>                                                            )<br>            Plaintiff,                            )<br>                                                            )<br>      v.                                                )<br>                                                            )<br> BUREAU OF ALCOHOL, TOBACCO,      )<br> FIREARMS, AND EXPLOSIVES,         )<br>                                                            )<br>            Defendant.                          )<br>_____)  | Civil Action No. 05-1096 (RMU) |

### ERRATA

Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") hereby submits a complete copy of the Second Declaration of Averill P. Graham, which was originally submitted as an attachment to Defendant's Supplemental Memorandum in Support of Motion for Summary Judgment [Docket Entry No. 22]. The version initially filed was inadvertently missing the fourth page of the declaration due to an error in scanning. Counsel for defendant apologizes for this oversight.

Dated: October 21, 2005.

                                              Respectfully submitted,

                                              /s/_____
                                              KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                              United States Attorney

                                              /s/_____
                                              R. CRAIG LAWRENCE, D.C. BAR #171538
                                              Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of October, 2005, I placed a copy of the foregoing **ERRATA** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney