UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE E. BOYD, pro-se, )
      Plaintiff, )
)
v. )  Case No. 05CV1096(RMU)
)
BUREAU OF ALOCOHOL, TOBACCO, )
FIREARMS and EXPOLSIVES, )
      Defendant. )
)

## PLAINTIFF'S MOTION REQUEST FOR ENLARGEMENT OF TIME

    COMES NOW, Plaintiff Willie E. Boyd, proceeding pro-se, requesting that this Honorable Court grant the Plaintiff an extention of time, to respond to the Defendant's Motion for Summary Judgment. The Plaintiff submits the following reasons why the court should grant current motion for extention of time:

    1. On September 27, 2005 the Plaintiff filed a motion for extention of time, up until November 10, 2005, to file a response to the Defendant's Summary Judgment motion.

    The District Court granted Plaintiff's motion, up until November 10, 2005 to file his response motion.

    2. On or about October 09, 2005 the Plaintiff discovered that the Defendant's Supplemental Memorandum In Support of Motion for Summary

- 1 -

Judgment, was missing page-4, and the second Vaughn index.

The Plaintiff made a phone call to the Pro-se Clerk's office, in hopes of retrieving copies of the missing pages. The Clerk's office discovered at that time, that they were missing page-4, but their motion contained the Vaughn index. The Clerk that received my phone call, said she would call the AUSA Jane Lyons, to get the missing pages.

3. On October 27, 2005 the Plaintiff received the Defendant's "Errata" that was filed with the district court, on October 21, 2005, with all the pages, a 5-pages Second Declaration of Averill P. Graham, Chief, Disclosure Division, with the 1-page Vaughn index.

4. The Plaintiff is requested that he be given 30-days to file his response motion. Through no fault of the Plaintiff he has been hampered from properly utilizing the allotted time granted earlier by the court to file his response motion. For good cause shown the Plaintiff request that the district court grant the Plaintiff up until November 27, 2005 to file his response to the Defendant's Motion for Summary Judgment.

**WHEREFORE**, Plaintiff Willie E. Boyd, prays this Court grant the request for an extention of time, up until November 27, 2005 to file the response.

[Dated: 27, October, 2005].

Respectfully Submitted,

_____
Willie E. Boyd, pro-se

- 2 -

## CERTICICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion Request for Enlargement of Time, was placed in the Greenville-FCI mailbox, postage prepaid, on October 27, 2005 to:

Ms. Jane M. Lyons
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street,   Room 10-415
Washington, D.C. 20530

By,

Willie E. Boyd, pro-se