UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, pro-se,<br>    Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS and EXPOLSIVES,<br>    Defendant. | Case No. 05CV1096(RMU) |

PLAINTIFF'S MOTION REQUEST TO STAY ALL PROCEEDINGS,
UNTIL THE GOVERNMENT PROVIDES THE PLAINTIFF ALL
THE DOCUMENTS FOR HIM TO PROPERLY FILE HIS
OPPOSITION MOTION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

    **COMES NOW**, Plaintiff Willie E. Boyd, proceeding pro-se, respectfully request this Honorable Court, to suspend all proceedings in this case, until the Government provides the Plaintiff with all the documents filed with the Clerk's Office, so he can properly file a opposition motion to Defendant's Motion for Summary Judgment. The Plaintiff submits the following reasons why this court should grant the motion:

    1. On October 20, 2005, the Plaintiff placed a phone call to the Pro-se Clerk's Office, and requested a copy of the docket Sheet, the Plaintiff spoke with Michelle. Michelle, told me that she would mail one out to me.

    2. On October 24, 2005, the Plaintiff received a copy of the docket sheet. After reading over the docket sheet I discovered that

there existed a docket entry of records, by the Government for "Memorandum In Opposition to Motion rel[7] for Production of File by Bureau of Alcohol, Tobacco, Firearms and Expolsives, on September 26, 2005." **See: Docket Entry No. [19].** The Plaintiff has not received this motion. In order for the Plaintiff to file an effective challenge to the Defendant's Motion for Summary Judgment, the Plaintiff is entitled to be informed of the Government's position on the issues before the court.

3. The Plaintiff regrets filing this motion requesting that the proceedings be suspended until this problem is straighten out, because the repeated request for entention of time, can only vex the court, were requested materials are not delivered, were pages are being left out of filing, and motions are not being sent to the Plaintiff, are things that are totally outside of Plaintiff's control. But those extentions of time, were necessary. Now that it has come to the attention of Plaintiff, that he has not been served with docket entry No. [19], its only appropriate for the court at this point to suspend the proceedings until the inadequacies can be resolved.

These acts are outside of the control of Plaintiff, and the court has to step in at some point to make sure that its understood that the court will not idlly standby and let the Plaintiff be treated unfairly by the Government. The Government's Attorney has an obligation to strike fair blows, not to practice deception, of hide the ball, on the Plaintiff as well as the court.

**WHEREFORE**, Plaintiff Willie E. Boyd, prays that the court orders the Defendant BATF, to provide Plaintiff with the motion and any other materials not known, that should be given to Plaintiff, and that all

proceedings are suspended, until the Plaintiff receives the records that he is entitled.

[Dated: 30 , October, 2005].

Respectfully Submitted,

Willie E. Boyd, pro-se
# 18498-044
Greenville-FCI
P.O. Box 5000, 3-B
Greenville, IL. 62246

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion Request to Staty all Proceedings, Until the Government Provides the Plaintiff all the Documents for him to Properly file his Opposition Motion to Defendant's Motion for Summary Judgment, was placed in the institution mailbox, postage prepaid, on October 30, 2005 to:

Ms. Jane M. Lyons
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street,    Room 10-415
Washington, D.C. 20530

By, _____
Willie E. Boyd, pro-se