UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY
AND NOTICE OF RE-SERVICE OF DOCKET ENTRY NO. 19**

Defendant opposes plaintiff's motion to stay these proceedings. Plaintiff's single reason seeking such relief is his alleged failure to receive Defendant's Opposition to Plaintiff's [Motion] for Production of Documents [Docket Entry No. 19] filed on September 26, 2005. Undersigned counsel served it by mail on the date it was filed, but to avoid any issue, defendant is re-serving a copy of the opposition together with this opposition. The opposition consists of a single paragraph. Although the generous extensions of time already afforded by the Court should allow plaintiff to respond to defendant's pending motion for summary judgment as scheduled on November 30, 2005, defendant would not oppose additional reasonable extensions of time, if necessary.

No stay should be granted because there is no just cause for one. At most, a short delay in plaintiff's receipt of an opposition to a motion he filed in an otherwise routine case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), should be accommodated as the Court

has already done. See Fed. R. Civ. P. 1 (the procedural rules "shall be construed to secure the just, speedy, and inexpensive determination of every action").

Dated: November 4, 2005.

        Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2005, I placed a copy of the foregoing **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY AND NOTICE OF RE-SERVICE OF DOCKET ENTRY NO. 19, TOGETHER WITH A COPY OF DOCKET ENTRY NO. 19** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney