# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

**WILLIE E. BOYD**

        Plaintiff(s)

        vs.                      Civil Case No: **05-1096(RMU)**

**BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPOLSIVES**

        Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of bulky notice of exhibits to response to defendant's motion for summary judgment has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                                **NANCY MAYER-WHITTINGTON**

                                                                         Clerk

**Date:** November 21, 2005