UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, AND EXPLOSIVES, )<br>)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　) | Civil Action No. 05-1096 (RMU) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

On September 21, 2005, defendant, identified in the Complaint as Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), filed a motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). After obtaining some additional time to respond until November 30, 2005, plaintiff filed his opposition to defendant's motion on November 17, 2005. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully moves to set the date for filing its reply in support of the motion for summary judgment as December 13, 2005.[1] This is defendant's second motion for extension of time filed in this case and the first as pertains to defendant's reply brief. The grounds for this motion are set forth below and a draft order is attached.

---

[1] On November 21, 2005, counsel for defendant received a notice from the Court's Electronic Case Filing system suggesting that this case had been stayed notwithstanding the Court's November 9, 2005 denial of plaintiff's motion for a stay. Further confusion is engendered by the fact that the docket now reflects the possible stay as part of an entry labeled "Enter in Error." Because plaintiff has filed his opposition to defendant's motion for summary judgment, counsel would prefer to complete the briefing on the motion promptly. In view of the filing by the Clerk of plaintiff's opposition on the same date as the unclear entry regarding an error and a stay, it does not appear likely that the Court intended that no further filings be permitted. Until this matter is clarified, defendant will continue to treat this matter as active and open.

Plaintiff's opposition to defendant's motion for summary judgment reached defense counsel's office on November 21, 2005, and was entered into the Court's ECF system the next day. The certificate of service reflects that plaintiff deposited his opposition into the prison mail on November 17, 2005. Thus, under the time permitted by the Federal Rules of Civil Procedure, defendant's reply is currently due on November 28, 2005 (November 24, 2005 is not counted because it was the Thanksgiving holiday). Defense counsel requires some additional time to review plaintiff's lengthy response and voluminous exhibits and to confer with responsible officials at the ATF to prepare an appropriate reply. The initial briefing schedule adopted by the Court permitted defendant twenty-two days after the filing of plaintiff's opposition to file its reply. See Sept. 2, 2005 Scheduling Order [Docket Entry No. 16]. The Scheduling Order reflected more realistic timeframes in this particular type of case. Affording defendant the same amount of time now would place defendant's deadline at December 13, 2005.

The extra time being requested in this motion is done in good faith and not for purposes of delay. Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro se in this matter, will not be unfairly prejudiced by extending defendant's period for filing a reply. Undersigned counsel has an active docket of cases pending in this Court and in the United States Court of Appeals for the District of Columbia Circuit which also have a number of deadlines between the receipt of plaintiff's response in this case and the deadline being requested. In addition, undersigned counsel with primary responsibility for this matter will be out of the office in training on November 29-December 1, 2005.

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a reply brief until December 13, 2005.

Dated: November 28, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2005, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

_____
Jane M. Lyons
Assistant United States Attorney