## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE E. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1096 (RMU) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS, AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

THIS MATTER is before the Court on defendant's motion for enlargement of time to file a reply brief. Upon consideration of the motion, any opposition thereto and the entire record in this matter, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for enlargement of time [Docket Entry No. 29] is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including **December 13, 2005** to file a reply in support of its motion for summary judgment.


_____                          _____
Date                                             RICARDO M. URBINA
                                                    United States District Judge

**Copies:**
Through ECF to Counsel for Defendant (jane.lyons@usdoj.gov)

Through U.S. Mail to Plaintiff:
Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246