UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) ) Plaintiff, ) ) v. ) ) BUREAU OF ALCOHOL, TOBACCO, ) FIREARMS, AND EXPLOSIVES, ) ) Defendant. ) ) | Civil Action No. 05-1096 (RMU) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

On September 21, 2005, defendant, identified in the Complaint as Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), filed a motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). After obtaining some additional time to respond until November 30, 2005, plaintiff filed his opposition to defendant's motion on November 17, 2005. Defendant previously requested, and the Court granted, that the time for filing its reply until December 13, 2005 to accommodate the number of issues raised by plaintiff and the active docket of cases of defense counsel. Now, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully moves to further extend the deadline and set the date for filing its reply in support of the motion for summary judgment as January 30, 2006.[1] This is defendant's third motion for extension of time filed in this case and the second as

---

[1] As noted in defendant's previous motion, on November 21, 2005, counsel for defendant received a notice from the Court's Electronic Case Filing system suggesting that this case had been stayed notwithstanding the Court's November 9, 2005 denial of plaintiff's motion for a stay. Although further confusion is engendered by the fact that the docket now reflects the possible stay as part of an entry labeled "Enter in Error," the Court's granting of defendant's previous motion for enlargement of time indicates that no stay is currently in effect.

pertains to defendant's reply brief. The grounds for this motion are set forth below and a draft order is attached.[2]

After undersigned counsel filed the previous extension motion, counsel at the ATF informed undersigned counsel that unexpected circumstances had arisen at ATF which have deprived agency counsel and counsel assigned by the U.S. Attorney's Office from the two personnel who have been working on this case and have extensive familiarity with the documents at issue due to involvement in plaintiff's previous FOIA requests and/or litigation. As the attached declaration of Peter J. Chisholm ("Chisholm Dec.") demonstrates, two key members of ATF's FOIA staff, including the Chief of the Disclosure Division, are out of the office on extended leave dealing with a serious personal medical and family medical emergency respectively. Chisholm Dec. ¶ 3. ATF has appointed an Acting Chief of the Disclosure Division who had been serving as a Senior Disclosure Specialist. Id. ¶ 1. The absence of these two individuals from the office reduces the number of Disclosure Specialists to four. Id. ¶ 4. The Acting Division Chief, Mr. Chisholm, has stepped in to provide support and assistance with the instant litigation, but needs some additional time to familiarize himself with the background and information. Based on his existing workload, including his additional duties, Mr. Chisholm

---

[2] Undersigned counsel is aware of the Court's preference that motions for extension of time be filed four days in advance of the deadline. Undersigned counsel was unable to file four days in advance in this instance because she had not yet received the declaration to support the motion from the agency. Any delay in receipt, however, is primarily due to the fact that undersigned counsel with primary responsibility for this matter was exceptionally busy during the week of December 5, 2005, including preparing for oral argument in the United States Court of Appeals for the District of Columbia Circuit on December 9, 2005 in Center for Auto Safety v. National Highway Traffic Safety Administration, No. 04-5402. Although undersigned counsel does not expect there to be any need to file any additional motions to extend this deadline, counsel will be certain to file any such motion more than four days in advance, and apologizes to the Court for her failure to conform to the Court's practice in this unusual case.

currently anticipates that he will be unable to provide assistance until at least the second week of January, 2006.  Id. ¶ 6.  Some additional time will, of course, be needed for drafting and reviewing of the reply brief.  The absence of ATF personnel have impaired undersigned counsel's ability to respond appropriately on ATF's behalf.

This case concerns ATF's re-processing of certain documents associated with plaintiff's criminal investigation and prosecution based on the provision of privacy waivers supplied to plaintiff by certain third parties.  Plaintiff previously litigated other issues connected with these same documents and ATF's search for them in Civil Action No. 99-2712 (JR).  Plaintiff's opposition to defendant's motion for summary judgment is lengthy and contains a number of exhibits.  The extra time being requested in this motion is done in good faith and not for purposes of undue delay.  Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro se in this matter, will not be unfairly prejudiced by further extending defendant's period for filing a reply to allow ATF to provide assistance to the U.S. Attorney's Office.

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a reply brief until January 30, 2006.

Dated: December 13, 2005.

                                   Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of December, 2005, I placed a copy of the foregoing **DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney