```
_____
                              )
Willie Boyd,                  )
                              )
      Plaintiff               )
                              )    Case No. 1:05CV01096 RU
      v.                      )
                              )
Bureau of Alcohol, Tobacco,   )
Firearms and Explosives       )
                              )
      Defendants              )
                              )
_____ )
```

DECLARATION OF PETER J. CHISHOLM,
ACTING CHIEF, DISCLOSURE DIVISION,
BUREAU OF ALCOHOL, TOBACCO FIREARMS, and EXPLOSIVES

I, Peter J. Chisholm, do hereby depose and say:

1. I am the Acting Chief, Disclosure Division, Bureau of Alcohol, Tobacco Firearms and Explosives (ATF), Department of Justice. In this capacity, I receive all requests made of ATF under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C. § 552a. In this capacity, I also review all requests referred to ATF from other agencies that have located ATF-originated documents in their records while processing their FOIA and PA requests. I am responsible for processing all FOIA and PA requests, initiating searches relevant to such requests, supervising the determination of what records should be disclosed, processing all ATF

-2-

documents referred to ATF and other agencies, and recording all administrative appeals filed with ATF. Prior to being assigned as the Acting Chief on an emergency basis on November 21, 2005, my position was Senior Disclosure Specialist.

2. This Declaration addresses ATF's need for additional time to assist the United States Attorney's Office in responding to Plaintiffs Response to Defendant's Motion.

3. I have recently been designated Acting Division Chief and am working on this case because Averill P. Graham, Chief, Disclosure Division, and Marilyn R. LaBrie, Disclosure Division Team Leader, who had been originally assigned to this matter and who have substantial familiarity with the documents and issues in this case and have provided support to the Office of Chief Counsel and the U.S. Attorney's Office up to this point, are unavailable due to serious family and personal illness respectively. Ms. LaBrie has been out of the office since November 11, 2005 and has not notified ATF of when she will be able to return. While Ms. Graham comes into the office as her circumstances permit to handle mostly administrative matters, the responsibilities of running the Disclosure

- 3 -

Division remains relegated to me. It is likely that Ms. Graham will not be resuming a full-time basis for at least the next several weeks.

4. Other than Ms. LaBrie, Ms. Graham and myself, as of the date of this Declaration, ATF has three Disclosure Specialists, each of whom is currently processing approximately twenty FOIA requests and assisting in any related litigation. None of these individuals has ever worked on this case and cannot be spared from their current duties due to pending deadlines.

5. In addition to my managing my own workload and acting as Division Chief, I am now working on the case in question. As this Court knows, the present litigation involves numerous FOIA requests and releases that span approximately seven years. In addition, the documents at issue here were previously the subject of extensive litigation before Judge Robertson of this Honorable Court in Civil Action No. 99-2712. Ms. Graham and her predecessor each executed several Declarations in both this and the previous litigation.

6. Based on Ms. Graham's and Ms. LaBrie's unavailability over an extended period of time and the concomitant shortfall in Disclosure Division resources, as

well as my present workload and need to familiarize myself with the vast amount of documentation relevant to this matter, I reasonably anticipate that ATF will need several additional weeks to be able to adequately assist the United States Attorney's Office in this matter. Based on the all of the circumstances and exercising due diligence, I do not believe that ATF can be in a position to respond prior to the second of third week of January, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December 2005.

_____
Peter J. Chisholm
Acting Chief, Disclosure Division