UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, AND EXPLOSIVES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1096 (RMU) |

**ORDER**

THIS MATTER is before the Court on second defendant's motion for enlargement of time to file a reply brief. Upon consideration of the motion, any opposition thereto and the entire record in this matter, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that defendant's second motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including **January 30, 2006** to file a reply in support of its motion for summary judgment.

_____    _____
Date                                                  RICARDO M. URBINA
                                                            United States District Judge

**Copies:**
Through ECF to Counsel for Defendant (jane.lyons@usdoj.gov)

Through U.S. Mail to Plaintiff:
Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246