UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME**

On September 21, 2005, defendant, identified in the Complaint as Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), filed a motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). After obtaining some additional time to respond until November 30, 2005, plaintiff filed his opposition to defendant's motion on November 17, 2005. Defendant previously requested twice, and the Court granted, additional time for defendant to file its reply until January 30, 2006 to accommodate the number of issues raised by plaintiff, the unavailability of personnel familiar with this case at ATF and the substitution of new personnel, and the active docket of cases of defense counsel. Now, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully moves to further extend the deadline by two weeks and to set the date for filing its reply in support of the motion for summary judgment as February 13, 2006.[1] This is defendant's fourth motion for extension of

---

[1] As noted in defendant's previous motion, on November 21, 2005, counsel for defendant received a notice from the Court's Electronic Case Filing system suggesting that this case had been stayed notwithstanding the Court's November 9, 2005 denial of plaintiff's motion for a stay. Although further confusion is engendered by the fact that the docket now reflects the possible stay as part of an entry labeled "Enter in Error," the Court's granting of defendant's previous

time filed in this case and the third as pertains to defendant's reply brief. The grounds for this motion are set forth below and a draft order is attached.

As described in defendant's previous motion and the declaration of Peter J. Chisholm filed therewith, ATF has been forced to assigned new personnel to this matter as a result of extended absences. The Acting Division Chief, Mr. Chisholm, has stepped in to provide support and assistance with the instant litigation, and has been working diligently to provide necessary information to ATF's General Counsel and undersigned counsel. Mr. Chisholm has substantially completed a draft of a declaration which will support defendant's reply brief, but he was unable to put it in final sufficiently ahead of the current due date to allow a reply brief to be filed. ATF expects to be able to provide a declaration in the next week and undersigned counsel will need some time after that to complete work on the reply brief. Although the absence of key ATF personnel have delayed undersigned counsel's ability to respond appropriately on ATF's behalf, Mr. Chisholm's superior efforts should enable a response to be filed by February 13, 2006.

This case concerns ATF's re-processing of certain documents associated with plaintiff's criminal investigation and prosecution based on the provision of privacy waivers supplied to plaintiff by certain third parties. Plaintiff previously litigated other issues connected with these same documents and ATF's search for them in Civil Action No. 99-2712 (JR). Plaintiff's opposition to defendant's motion for summary judgment is lengthy and contains a number of exhibits. The extra time being requested in this motion is done in good faith and not for purposes of undue delay. Plaintiff, who is currently serving a life sentence in federal prison and is proceeding <u>pro</u> <u>se</u> in this matter, will not be unfairly prejudiced by further extending defendant's

---

motion for enlargement of time indicates that no stay is currently in effect.

period for filing a reply to allow ATF to provide assistance to the U.S. Attorney's Office. Defense counsel also notes that plaintiff has two cases currently pending in the United States Court of Appeals for the District of Columbia Circuit, Nos. 04-5369 and 05-5142, which relate to other FOIA requests made by plaintiff.

Undersigned counsel had intended to file this motion during the week of January 23, 2006 when it was reasonably apparent that ATF would not be finished with its response. Unfortunately, the Assistant United States Attorney with daily responsibility for this matter was out of the office unexpectedly dealing with a sudden and serious illness in her immediate family which substantially disrupted her work during the week of January 23, 2006. Consequently, a motion could not be filed more than four days prior to the current deadline. Such an emergency is not expected to recur. Counsel apologizes for any inconvenience to the Court's schedule caused by the inability to file this motion earlier.

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a reply brief until February 13, 2006.

Dated: January 30, 2006.

                                      Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, 2006, I placed a copy of the foregoing **DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

      /s/_____
      Jane M. Lyons
      Assistant United States Attorney