UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILLIE E. BOYD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1096 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 17, 18 |
| | : | | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's "Request for the Court to Issue an Order for Defendant BATF, to Provide Plaintiff with 53-Pages of Documents, or Explain Why Documents Have Not Been Processed [Dkt. #17] is DENIED. It is further

ORDERED that defendant's motion for summary judgment [Dkt. #18] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. The ATF conducted an adequate search for records responsive to plaintiff's FOIA Request Nos. 05-336 and 05-352. It properly withheld information pursuant to FOIA Exemptions 3 and 7(C). In all other respects, the motion is denied without prejudice. It is further

ORDERED that defendant shall file a renewed motion within 45 days of entry of this Order.

SO ORDERED.

/s/
RICARDO M. URBINA
United States District Judge

Date: September 29, 2006