UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD,                     )<br>                                                       )<br>            Plaintiff,                    )<br>                                                       )<br>      v.                                          )<br>                                                       )<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, AND EXPLOSIVES,  )<br>                                                       )<br>            Defendant.                 )<br>_____) | Civil Action No. 05-1096 (RMU) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

On September 29, 2006, the Court granted in part and denied in part without prejudice defendant's motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  The Court directed that defendant file a renewed motion for summary judgment on the portions on which its motion was denied within 45 days.  See Docket Entry No. 34 (Sept. 29, 2006 Order).  The deadline for filing that motion is November 13, 2006.  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully moves to extend the deadline by until December 20, 2006.  This is defendant's first motion for an extension of this particular deadline, and fifth request for additional time overall.  The grounds for this motion are set forth below and a draft order is attached.

Immediately after the Court entered its September 29, 2006 Memorandum Opinion, undersigned counsel provided it to personnel at the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") working on this matter.  Since then, ATF personnel have reviewed the issues identified by the Court in its nineteen page Memorandum Opinion, and have been working diligently on preparing a declaration to support defendant's renewed motion.  Although they have

made significant progress, ATF has not yet been able to finalize the declaration and provide it to undersigned counsel. ATF personnel currently anticipate being able to complete the declaration by December 5, 2006. Once received, undersigned counsel will need a reasonable amount of time to prepare the renewed motion and accompanying memorandum. Because undersigned counsel with daily responsibility for this matter is scheduled to be in a trial expected to last up to two weeks in Martin Desmond v. Alberto Gonzales, Civil Action No. 03-1729 (CKK), beginning on December 4, 2006, defendant respectfully requests that the Court allow defendant until a few days after that trial ends to file the renewed motion. Both ATF and undersigned counsel acknowledge the priority this matter is due but must also balance it among many other competing deadlines and responsibilities. Among other things in an active docket, personnel assigned to this matter are simultaneously in the process of preparing undersigned counsel to argue one of Mr. Boyd's earlier actions against the ATF in the D.C. Circuit on November 17, 2006, No. 05-5142.[1]

      This case concerns ATF's re-processing of certain documents associated with plaintiff's criminal investigation, prosecution, and conviction for narcotics trafficking. See United States v. Boyd, 180 F.3d 967 (8th Cir. 1999), based on Mr. Boyd's provision of privacy waivers from several third parties. ATF previously provided the documents associated with plaintiff's criminal case with redactions in response to a FOIA request which is now the subject of the case pending in the Court of Appeals referenced above. The extra time being requested in this motion is done

---

[1] This case is also consolidated with another of Mr. Boyd's FOIA cases, No. 05-5369, in which there are multiple appellees. Because undersigned counsel did not handle that matter in the District Court, preparation for argument is consuming significant amounts of time beyond that ordinarily required.

in good faith and not for purposes of undue delay. Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro se in this matter, will not be unfairly prejudiced by further extending defendant's period for filing a renewed motion for summary judgment to allow ATF to provide assistance to the U.S. Attorney's Office.

Recognizing that ATF had not made sufficient progress to meet the current deadline, undersigned counsel had intended to file this motion on November 6, 2006. Because ATF personnel were consulting internally regarding when they would be able to provide an appropriate declaration, undersigned counsel delayed filing this motion until a reasoned approximation was obtained in the hope of avoiding having to file multiple motions to extend the same deadline. Thus, although undersigned counsel was unable to file this motion as far ahead of the deadline as she would have liked, this motion is based on more current information involving the workloads of both personnel both at ATF and the U.S. Attorney's Office.

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a renewed motion for summary judgment until December 20, 2006.

Dated: November 9, 2006.

                                Respectfully submitted,

                                _____
                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                United States Attorney

                                _____
                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of November, 2006, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

/s/_____
Jane M. Lyons
Assistant United States Attorney