**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIE E. BOYD,                                )
                                               )
         Plaintiff,                  )
                                               )
    v.                                       )    Civil Action No. 05-1096 (RMU)
                                               )
BUREAU OF ALCOHOL, TOBACCO,                    )
FIREARMS, AND EXPLOSIVES,                      )
                                               )
        Defendant.                  )
_____)

## ORDER

THIS MATTER is before the Court on defendant's renewed motion for summary judgment. Upon consideration of the motion, plaintiff's opposition, defendant's reply, and the entire record in this matter, the Court finds that has demonstrated that it properly invoked all of the Freedom of Information Act ("FOIA") exemptions under which it withheld information from plaintiff and has released all reasonably segregable non-exempt information. Taken together with the findings in the Court's September 29, 2006 Memorandum Opinion and Order, the record demonstrates that there are no genuine issues of material fact and defendant is entitled to judgment as a matter of law. Accordingly, it is hereby

**ORDERED** that defendant's renewed motion for summary judgment is **GRANTED**, and it is further

**ORDERED** that judgment be entered in favor of defendant on all claims.

This is a final, appealable order.

_____                    _____
Date                               RICARDO M. URBINA
                                   United States District Judge

**<u>Copies:</u>**

Through ECF to Counsel for Defendant (jane.lyons@usdoj.gov)

Through U.S. Mail to Plaintiff:
Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246