UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIBE E. BOYD,           ) | |
| )| |
| Plaintiff,         ) | |
| ) | |
| v.                         ) | Civil Action No. 05-1096 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS, AND EXPLOSIVES,  ) | |
| ) | |
| Defendant.          ) | |
| ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully requests an enlargement of time for filing its reply in support of its renewed motion for summary until January 30, 2007. This is defendant's sixth motion for extension of time filed in this case, but only the first as pertains to the current reply brief. The grounds for this motion are set forth below and a draft order is attached.

Defendant filed its renewed motion for summary judgment on November 9, 2006 and addressed the issues identified in the Court's September 29, 2006 Memorandum and Opinion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). After the Court gave plaintiff, who is incarcerated and representing himself, until January 27, 2007 to respond to defendant's renewed motion, the Court's staff placed plaintiff's opposition on the Court's Electronic Case Filing ("ECF") system on January 10, 2007. The ECF notification was the first notice to defendant that plaintiff had opposed the renewed motion because defendant's counsel has not yet received the material through the mail. Although the certificate of service attached to plaintiff's material attests to service by U.S. mail on January 3, 2007 (which was the National Day of Mourning for Former President Ford), it appears that the mail handling

procedures from the Federal Correctional Institution applicable to outgoing mail and the screening and security provisions for mail incoming to the Department of Justice have delayed its arrival by more than the three days presumed for mail delivery under the Federal Rules of Civil Procedure.

Thus, although defendant's reply would be due on January 16, 2007 (Monday, January 15, 2007 if Martin Luther King Day, is a federal holiday), defendant's counsel will need some additional time to prepare a reply brief. Plaintiff's detailed opposition includes an exhibit consisting of 105 pages. The parties have been involved in extensive litigation in this and other cases. Defense counsel requires some additional time to review plaintiff's lengthy response and voluminous exhibits and to confer with responsible officials at the ATF to prepare an appropriate reply which will assist the Court with resolving this matter efficiently and fairly.

The extra time being requested in this motion is done in good faith and not for purposes of delay. Plaintiff, who is currently serving a life sentence, will not be unfairly prejudiced by extending defendant's period for filing a reply. Undersigned counsel has an active docket of cases pending in this Court and in the United States Court of Appeals for the District of Columbia Circuit which also have a number of deadlines and discovery matters that fall between the receipt of plaintiff's opposition in this case and the deadline being requested.

Undersigned counsel did not contact plaintiff regarding his position on the relief being sought in this motion because he is presently incarcerated. See Local Civil Rule 7(m).

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a reply brief until January 30, 2007.

Dated: January 10, 2007.

                          Respectfully submitted,

                          _____
                          JEFFREY A. TAYLOR, D.C. Bar # 498610
                          United States Attorney

                          _____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney

                          /s/_____
                          JANE M. LYONS, D.C. BAR # 451737
                          Assistant United States Attorney
                          555 4th Street, N.W. - Room E4822
                          Washington, D.C. 20530
                          (202) 514-7161

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th th day of January, 2007, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

              /s/_____
              Jane M. Lyons
              Assistant United States Attorney