## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS, AND EXPLOSIVES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1096 (RMU) |

### ORDER

THIS MATTER is before the Court on defendant's motion for enlargement of time to file a reply in support of a renewed motion for summary judgment. Upon consideration of the motion, any opposition thereto and the entire record in this matter, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including **January 30, 2007** to file a reply in support of its renewed motion for summary judgment.

_____                      _____
Date                                                                 RICARDO M. URBINA
                                                                     United States District Judge

**Copies:**
Through ECF to Counsel for Defendant (jane.lyons@usdoj.gov)

Through U.S. Mail to Plaintiff:
Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246