RECEIVED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD, pro-se,<br>    Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS and EXPLOSIVES,<br>    Defendant. | Case No. 05-1096(RMU) |

**PLAINTIFF'S MOTION REQUEST FOR A COURT ORDER DIRECTING THE DEFENDANT BATF TO SERVE PLAINTIFF A COPY OF THEIR REPLY MOTION**

**COMES NOW,** Plaintiff Willie E. Boyd, proceeding pro-se, respectfully request that this Honorable Court issue an Order directing the Defendant BATF to serve the plaintiff with a copy of their reply motion. The Plaintiff submits the following reasons why this court should grant the motion:

**1.** On September 29, 2006 this court issued an "Memorandum Opinion" in this case, and concluded in its order, that,

> "The court concludes that the ATF conducted an adequate search, and that it properly withheld information pursuant to Exemption 3 and 7(C). The court also concludes that the ATF has not established the absence of genuine issues of material fact in dispute as to the proper withholding of information under Exemptions 2, 5, 7(D), 7(E), and 7(F). Accordingly, the court grants defendant's motion for summary judgment in part, and denies the motion in part without prejudice. The court further orders the defendant to submit a revised Vaughn Index and a renewed motion within 45 days of the court's decision."

See: Docket Entry No. [33], "Memorandum Opinion" page-19.

2. On December 20, 2006 the Defendant filed their Second motion for Summary Judgment. **See: Docket Entry No. [36].**

3. On January 5, 2007 the Plaintiff filed is Memorandum in Opposition to Second motion for Summary Judgment. **See: Docket Entry No. [38].**

4. The Defendant BATF moved for an extention of time to file a reply motion to the Plaintiff's opposition motion. The Defendant BATF has requested the court grant them up until January 30, 2007 to file their reply.

5. On January 18, 2007 the district court granted the Defendant's BATF the extention of time to reply by January 30, 2007. **See: Docket Entry No. "Minute Order" to [39].**

6. On February 6, 2007 the plaintiff's brother Kenneth Boyd, called the Clerk's Office to check to confirm whether the Defendant BATF had filed their reply motion. The Deputy Clerk confirmed that the Defendant's reply motion had been filed on the 30th of January 2007.

### DEFENDANT BATF NEEDS TO SERVE A COPY OF THEIR REPLY MOTION ON THE PLAINTIFF

It has been 7-days since the Defendant BATF filed their reply motion in this case. The Plaintiff has not received a copy of their reply motion. The Plaintiff is entitled to be served a copy of the Defendant's reply motion. It could have been negligence on the part of the defendants, but what ever the cause, its the responsibility of the Defendants to serve the plaintiff. The plaintiff is requesting that the court issue an order directing the Defendant to serve a copy of their reply motion on plaintiff immediately.

**WHEREFORE,** Plaintiff Willie E. Boyd, prays that this court issue the order in this case.

[Dated: __8__, February, 2007].

Respectfully Submitted,

*/s/ Willie E. Boyd*

Willie E. Boyd, pro-se
# 18498-044
Greenville-FCI
P.O. Box 5000, 3-B
Greenville, Il. 62246

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion Request for a Court Order Directing the Defendant BATF to Serve Plaintiff a Copy of Their Reply Motion, was placed in the Greenville-FCI mailroom postage prepaid, on February 8, 2007 to:

Ms. Jane M. Lyons
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room 10-415
Washington, D.C. 20530

By,

Willie E. Boyd, pro-se