**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIE E. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1096 (RMU) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS, AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO FEBRUARY 14, 2007 ORDER**

Pursuant to the Court's February 14, 2007 Order, Defendant, by and through its undersigned counsel, gives notice and certifies that on February 15, 2007, a copy of the Defendant's Reply in Support of Renewed Motion for Summary Judgment [Docket No. 40] was placed in the first class United States mail, postage prepaid, marked for delivery to:

> Willie E. Boyd
> R18498-044
> Greenville Federal Correction Institution
> P.O. Box 5000
> 3-B
> Greenville, IL 62246.

Dated:  February 18, 2007

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2007, I placed a copy of the foregoing

**DEFENDANT'S RESPONSE TO FEBRUARY 14, 2007 ORDER** in the first class United

States mail, postage prepaid, marked for delivery to:

Willie E. Boyd
R18498-044
Greenville Federal Correction Institution
P.O. Box 5000
3-B
Greenville, IL 62246


/s/_____
Jane M. Lyons
Assistant United States Attorney