UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILLIE E. BOYD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1096 (RMU) |
| | : | | |
| v. | : | Document No.: | 36 |
| | : | | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | : : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's renewed summary judgment motion [Dkt. #36] is GRANTED IN PART. The ATF properly has withheld information under Exemptions 2, 5, 7(D), and 7(F), and properly has withheld information in ATF Confidential Informant Orders under Exemption 7(E). In all other respects, its motion is DENIED WITHOUT PREJUDICE. It is further

ORDERED that, within 45 days of entry of this Order, defendant shall submit a renewed motion with respect to the remaining information it seeks to withhold under Exemption 7(E).

SO ORDERED.

                                                                                                                                     /s/
                                                RICARDO M. URBINA

Date:  August 2, 2007                                      United States District Judge