UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD,              )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>BUREAU OF ALCOHOL, TOBACCO,   )<br>FIREARMS, AND EXPLOSIVES,     )<br>                              )<br>    Defendant.                )<br>_____) | Civil Action No. 05-1096 (RMU) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

On August 2, 2007, the Court granted in part and denied in part without prejudice defendant's renewed motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). See Docket Entry Nos. 43, 44. The Court directed that defendant file a second renewed motion for summary judgment on the portions on which its motion was denied within 45 days. See Aug. 2, 2007 Order [Docket Entry No. 44]. Accordingly, the deadline for filing that motion is September 17, 2007. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully moves to extend the deadline until October 16, 2007. This is defendant's first motion for an extension of this particular deadline, and seventh request for additional time overall. The grounds for this motion are set forth below and a proposed order is attached.

Immediately after the Court entered its August 2, 2007 Memorandum Opinion, undersigned counsel provided it to personnel at the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") working on this matter. Since then, ATF personnel have reviewed the issues identified by the Court in Memorandum Opinion, and have been working diligently on preparing

a declaration to support defendant's second renewed motion. Although they have made significant progress, ATF has not yet been able to finalize the declaration and provide it to undersigned counsel because ATF is in the process of re-locating its headquarters within the District of Columbia. The two key ATF employees working supporting this litigation are currently in the process of moving, and their files have been boxed up. As of the filing of this motion, they lack access to all of the files associated with plaintiff's FOIA request and litigation. ATF personnel currently anticipate being able to complete the declaration during the first week of October, 2007. Once the declaration is finalized, undersigned counsel will need a reasonable amount of time to prepare the second renewed motion and accompanying memorandum.

This case concerns ATF's re-processing of certain documents associated with plaintiff's criminal investigation, prosecution, and conviction for narcotics trafficking. See United States v. Boyd, 180 F.3d 967 (8th Cir. 1999), based on Mr. Boyd's provision of privacy waivers from several third parties. ATF previously provided the documents associated with plaintiff's criminal case with redactions in response to an earlier FOIA request from plaintiff and ATF's previous withholdings have been affirmed. See Boyd v. Criminal Div. of Dep't of Justice, 475 F.3d 381 (D.C. Cir. 2007).

The extra time being requested in this motion is done in good faith and not for purposes of undue delay. Plaintiff, who is currently serving a life sentence in federal prison and is proceeding pro se in this matter, will not be unfairly prejudiced by further extending defendant's period for filing a second renewed motion for summary judgment by less than one month to allow ATF to provide assistance to the U.S. Attorney's Office. The interests of judicial economy

and fairness are well served by creating a thorough record on which to resolve this dispute on its merits.

For all of these reasons, defendant respectfully requests that the Court extend the time for defendant to file a second renewed motion for summary judgment until October 16, 2007.

Dated: September 5, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of September, 2007, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

Mr. Willie Boyd
#18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246

 

_____
Jane M. Lyons
Assistant United States Attorney