# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIE E. BOYD,                    )
                                  )
       Plaintiff,              )
                                  )
    v.                            )          Civil Action No. 05-1096 (RMU)
                                  )
BUREAU OF ALCOHOL, TOBACCO,        )
FIREARMS, AND EXPLOSIVES,          )
                                  )
       Defendant.             )
_____)

## O R D E R

THIS MATTER is before the Court on defendant's motion for enlargement of time to file its second renewed motion for summary judgment. Upon consideration of the motion, any opposition thereto and the entire record in this matter, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that defendant's motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including **October 16, 2007** to file a second renewed motion for summary judgment.

_____                    _____
Date                               RICARDO M. URBINA
                                   United States District Judge

**Copies:**
Through ECF to Counsel for Defendant (jane.lyons@usdoj.gov)

Through U.S. Mail to Plaintiff:
Mr. Willie Boyd
Reg. No. 18498-044
P. O. Box 5000, 3-A
Greenville, Illinois 62246