UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE E. BOYD,                                )<br>                                                          )<br>           Plaintiff,                                 )<br>                                                          )<br>     v.                                                   )<br>                                                          )<br> BUREAU OF ALCOHOL, TOBACCO, )<br> FIREARMS, AND EXPLOSIVES,          )<br>                                                          )<br>            Defendant.                           )<br> _____) | Civil Action No. 05-1096 (RMU) |

## **ORDER**

Upon consideration of Defendant's Second Renewed Motion for Summary Judgment, any opposition thereto, and the entire record in this matter, the Court finds that defendant has made an adequate search for responsive records, defendant has released all non-exempt materials and reasonably segregated and withheld all exempt materials.  Accordingly, the Court will grant defendant's motion.  It is, therefore,

**ORDERED** that Defendant's second renewed motion for summary judgment be, and it hereby is, **GRANTED**, and it is further

**ORDERED** that final judgment be entered in favor of defendant on all claims and this case be dismissed with prejudice.

This is a final, appealable order.

_____                                    _____
Date                                                                                    RICARDO M. URBINA
                                                                                           United States District Judge

Copies to:

Jane M. Lyons
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.-- Room E4822
Washington, D.C. 20530

Mr. Willie E. Boyd
R18498-044
Greenville Federal Correction Institution
P.O. Box 5000
3-B
Greenville, IL 62246