# APPENDIX A

Department of Justice Attorney, ~~AUSA~~ Gary Gaertner Granted Verbal Authorization at 4:00 p.m. on September 27, 1997.

Judicial District and Address Where Equipment will be Used:

Eastern District of Missouri or elsewhere, as investigation dictates.

Manner and Method of Installation:


On the Person of the Special Agent
On the Person of the Confidential Informant
In Fixed Located Under Custody or Control of ATF
On Telephone

Name and Identification of at Least One Subject: Willie E. Boyd, Sharon Troupe and any others subsequently identified to be involved in this investigation.


Subject(s) Known to be Licensed by ATF.
Subject(s) (is/are) Not Licensed by ATF.

Proposed Duration of Use is One Month.

Beginning at 12:01 A.M. Central Time on ▮▮▮▮▮▮▮▮▮▮▮ (SAC)
Expiring at 12:01 A.M. Central Time on ▮▮▮▮▮▮▮▮▮▮ (SAC)

List Dates of All Previous Extensions: N/A

Specific Reasons for Extension Request:  N/A


Case Agent's Name: ▮▮▮▮▮▮▮▮▮▮

_clg_ 10/2/97
_____
Authorizing Official (SAC)

Page 2 of 2

SAC ▮▮▮▮▮

05-336-(9)                    (57)

9

# APPENDIX B

RELATED CASE NUMBERS

INVESTIGATION STATL
☐ OPEN   ☐ C   D   DATE _____

TECS ACCESS

☐ SENSITIVE/RESTRICTED TO ATF

☐ OTHER TECS USERS

LOOKOUT LEVEL: _____

PRIMARY LEVEL: _____

PROFILES

BUR  CCW  ERG  FEL  MUR  NAR  MS1  ROB
050  067  072  074  923  932
F-21

ADDITIONAL INFORMATION (Other Identifiers)

## ASSOCIATES

| NAME | DATE OF BIRTH | SSN | ADDRESS |
|------|---------------|-----|---------|
| SHARON TROUPE | 1/6/66 | 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 | 7091 Victory Way Ln, St Louis, MO 63 |
| | | | |
| | | | |
| | | | |

## VEHICLES NOT SEIZED

| LICENSE PLATES | STATE REG. | VEHICLE I.D. | DESCRIPTION |
|----------------|------------|--------------|-------------|
| | | | |
| | | | |
| | | | |

## WARRANT INFORMATION: REQUEST FOR ☐ ENTRY   ☐ REMOVAL

| NUMBER | DATE OF OFFENSE |
|--------|-----------------|
| TYPE | DATE OF WARRANT |
| ARRESTING AGENCY | DATE OF ARREST |

## CORPORATE OFFICERS/PRINCIPALS

| NAME | DATE OF BIRTH | POSITION | COMPANY | CITY | STATE |
|------|---------------|----------|---------|------|-------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (89) |

| SIGNATURE (Special Agent) | DATE 5/6/97 | OFFICE TELEPHONE NUMBER (314) 425-55 |
|---|---|---|

*U.S. Government Printing ... 1995 — 387-593/25018

ATF F 3270.1 (5-90)

05-336-(10)

# APPENDIX C

```
FM:    ATF, Kansas City Field Division      RE: 745519-97-0012
TO:    ATF, ADLE, Headquarters
ATTN:  SAC, Systems Support Branch, Intelligence Division
SUBJ:  Report of Use Consensual Electronic
       Surveillance Equipment
```

               (x) *Final Report*      ( ) *Use Continuing*

        **Name: BOYD, Willie E.**
        Ref: Subject Shown for This Authorization Period

Authorization to Conduct Consensual Monitoring this 30-Day Period
in this Investigation was Granted by:

(X)    *SAC Authorization* – 

       From [redacted] To [redacted]

Following Individual(s) Conversations were Consensually Monitored
on the Dates and at the Locations Described Below:
       (Use T or N Code for Type)

| TYPE | SUBJECT | DATES | LOCATIONS EQUIP USED |
|------|---------|-------|----------------------|
| (N) | Not Used | N/A | N/A |
| (T) | Sharon Troupe | 9/27/97 | 1114 Market Street<br>St. Louis, Missouri |

*Case Agent's Name:* [redacted]

SAC Authorization _____

SAC [redacted]



# APPENDIX D

5aa9d3c6ba483b1

| TECS ACCESS | | LOOKOUT LEVEL: _____ |
|---|---|---|
| ☐ SENSITIVE/RESTRICTED TO ATF | | |
| ☐ OTHER TECS USERS | | PRIMARY LEVEL: _____ |

**PROFILES**

BUR CCW ERG FEL MUR NAR MS1 ROB
050 067 072 074 923 932
F-21

**ADDITIONAL INFORMATION (Other Identifiers)**

### ASSOCIATES

| NAME | DATE OF BIRTH | SSN | ADDRESS |
|---|---|---|---|
| SHARON TROUPE | 1/6/66 | 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 | 7091 Victory Way Ln, St Louis, MO 63138 |
| | | | |
| | | | |
| | | | |

### VEHICLES NOT SEIZED

| LICENSE PLATES | STATE REG. | VEHICLE I.D. | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### WARRANT INFORMATION: REQUEST FOR ☐ ENTRY    ☐ REMOVAL

| NUMBER | DATE OF OFFENSE |
|---|---|
| TYPE | DATE OF WARRANT |
| ARRESTING AGENCY | DATE OF ARREST |

### CORPORATE OFFICERS/PRINCIPALS

| NAME | DATE OF BIRTH | POSITION | COMPANY | CITY | STATE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 94-A |
| | | | | | |

| SIGNATURE (Special Agent) | DATE | OFFICE TELEPHONE NUMBER |
|---|---|---|
| | 3/31/97 | (314) 425-55▮▮ |

*U.S. Government Printing Office: 1995 - 387-592/25018                                            ATF E 3270.1 (5-90)

05-336-(12)

# APPENDIX E

**VAUGHN INDEX OF DELETION: IN DISCLOSURE TO WILLIE BOYD
FROM BUREAU OF ALCOHOL TOBACCO AND FIREARMS
*ATF DISCLOSURE FILE # 00-311***

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 1 | ATF Prosecution Recommendation Cover Sheet (current page 1) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 3 | Description of defendant, statutes violated (current page 2) | (b)(7)(C) | Names of Federal and State law enforcement officers and personnel |
| 4 | NCIC Printout (current page 3) | (b)(2) | Computer codes for identifying law enforcement agencies, Federal Bureau of Investigation Number |
| | | (b)(7)(C) | Name of Federal law enforcement officer |
| 5-8 | NCIC Printout | (b)(2) | Computer codes for identifying law enforcement agencies |
| 10-12 | U.S. Marshal Report of Investigation | N/A | Referred to U.S. Marshals for processing |
| 13 | Fingerprint Sheet (current page 4) | (b)(7)(C) | Name and identifying information of Federal law enforcement officer |
| 14 | St. Louis Police Department Lab Documents (current page 5) | (b)(7)(C) | Names of State law enforcement officer and personnel |
| 15-16 | St. Louis Narcotics Analysis Reports (current pages 6-7) | (b)(7)(C) | Names and identifying information of State law enforcement officers and personnel |
| 17 | ATF Report of Investigation | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers and personnel |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| 18 | ATF Report of Investigation | (b)(7)(C) | Names of Federal and State law enforcement officers and personnel |
| 20 | ATF Report of Investigation | (b)(7)(C) | Names of Federal and State law enforcement officers and personnel |
| 21 | ATF Report of Investigation | (b)(7)(C) | Names and identifying information of State law enforcement officers and personnel |
| 22-23 | ATF Reports of Investigation | (b)(7)(C) | Names of Federal and State law enforcement officers and personnel |

#00-311                                                    Page 2

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 24 | ATF Report of Investigation (current page 8) | (b)(3)(A) with criminal rule of procedure 6(e) | Grand jury material |
| | | (b)(7)(C) | Names of Federal law enforcement officers |
| | | (b)(7)(C). (b)(7)(F) | Names and identifying information of third parties |
| 25 | ATF Report of Investigation | (b)(7)(C) | Names of Federal law enforcement officers and personnel |
| 26-28 | Reports of Investigation (current pages 9-11) | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers and personnel |
| | | (b)(7)(C). (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C). (b)(7)(D) & (b)(7)(F) | confidential informant information |
| 29 | ATF Report of Investigation (current page 12) | (b)(7)(C) | Names of Federal and State law enforcement officers and personnel |
| 30 | ATF Report of Investigation | (b)(7)(C), (b)(7)(F) | Name of third party |
| 31 | ATF Report of Investigation (current page 13) | (b)(7)(C) | Names of Federal law enforcement officers |
| | | (b)(7)(C). (b)(7)(F) | Name and identifying information of third party |
| 32 | ATF Report of Investigation (current page 14) | (b)(7)(C). (b)(7)(F) | Name of third party |
| 33 | ATF Report of Investigation (current page 15) | (b)(7)(C) | Names of Federal law enforcement officers |
| | | (b)(7)(C). (b)(7)(F) | Name and identifying information of third party |
| 34 | ATF Report of Investigation | (b)(7)(C) | Names and identifying information of State law enforcement officers and personnel |
| 36-37 | ATF Firearms Trace Report (current pages 16-17) | (b)(7)(C). (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 39-40 | ATF Form 4473, firearms transaction record (includes current page 18) | (b)(6), (b)(7)(C), & (b)(7)(F) | Name and identifying information of third party |
| 41 | ATF Firearms Trace Report (current page 19) | (b)(7)(C) | Name of Federal law enforcement officer or personnel |

001387

#00-311                                                                                   Page 3

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|-------|---------------------|-----------|----------------------|
| 43 | ATF Firearms Trace Report (current page 20) | (b)(7)(C) | Name of Federal law enforcement officer or personnel |
| 45 | ATF Property Document (current page 21) | (b)(7)(C) | Name of Federal law enforcement officer |
| | | (b)(7)(C), (b)(7)(F) | Names of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | Reference to confidential informant |
| 46-48 | ATF Property Documents | (b)(7)(C) | Names of Federal law enforcement officers and personnel |
| 49 | ATF Memorandum (current page 22) | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers and personnel |
| 50-53 | ATF Property Documents (includes current pages 23-24) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers and personnel |
| 54 | ATF Fax Cover Sheet (current page 25) | (b)(7)(C) | Names of Federal law enforcement officer and personnel |
| 55 | ATF Fax Confirmation | (b)(7)(C) | Identifying information of Federal law enforcement officer and personnel |
| 56-57 | ATF Surveillance Reports (current pages 26-27) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| 58 | Receipt for Photographs (current page 28) | (b)(2) | Federal credit card account number and invoice number |
| | | (b)(7)(C) | Name of Federal law enforcement officer |
| 59 | ATF Expenditures Itemization (current page 29) | (b)(7)(C) | Names of Federal law enforcement officers and personnel |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| | | (b)(2) | voucher number |

#00-311

Page 4

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 60 | ATF Payment Receipt (current page 30) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | Confidential informant information |
| 61 | Request for Advancement of Funds (current page 31) | (b)(7)(C) | Names of Federal law enforcement officers and personnel |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| | | (b)(2) | voucher number |
| 62 | Investigative Report Memorandum (current page 32) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| 63 | Investigative Report Memorandum (current page 33) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | confidential informant information |
| | | (b)(3)(A) with criminal procedure rule 6(e) | Grand Jury Material |
| | | (b)(5) | Deliberative process statement |
| 64-70 | Investigative Report Memoranda (current pages 34-40) | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third parties |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | Confidential informant information |
| 71 | Electronic Surveillance Form (current page 41) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 72 | Individual Case Analysis | (b)(7)(C) | Names of Federal law enforcement officers |
| 73 | Computer Entry | (b)(7)(C) | Name of Federal law enforcement officer |
| | | (b)(2) | Computer codes |

#00-311                                                                    Page 5

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 74 | Case Summary (current page 42) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(2) | Law enforcement technique codes |
| 75 | Case Summary | (b)(7)(C) | Identifying information of Federal law enforcement officer |
| 76 | Case Summary (current page 43) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(2) | Law enforcement technique codes |
| 77 | Case Summary | (b)(7)(C) | Identifying information of Federal law enforcement officer |
| 78 | Case Summary (current page 44) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(2) | Law enforcement technique codes |
| 79 | Case Summary | (b)(7)(C) | Identifying information of Federal law enforcement officer |
| 80 | ATF Memorandum (current page 45) | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers and personnel |
| 82 | U.S. Attorney Letter (referred there for processing) | N/A | N/A |
| 83 | ATF Significant Activity Report | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 84 | ATF Significant Activity Report (current page 47) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(2) | Law enforcement code |
| 87 | Treasury Enforcement Communications System Report | (b)(7)(C) | Names and identifying information of Federal law enforcement officers and third parties |
| | | (b)(2) | Computer codes |
| 88 | Treasury Enforcement Communications System Input Form | (b)(2) | Federal Bureau of Investigation number |

#00-311                                                                                                    Page 6

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 89 | Treasury Enforcement Communications System Input Form | (b)(7)(C) | Name and identifying information of Federal law enforcement officer |
| | | (b)(7)(C), (b)(7)(F) | Name and identifying information of third party |
| 90 | Treasury Enforcement Communications System Report    (current page 48) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers and third parties |
| | | (b)(2) | Computer codes |
| 91-93 | Treasury Enforcement Communications System Report | (b)(2) | Computer codes |
| 94 | Treasury Enforcement Communications System Input Form | (b)(2) | Federal Bureau of Investigation number |
| 94-A | Treasury Enforcement Communications System Input Form | (b)(7)(C) | Name and identifying information of Federal law enforcement officer |
| | | (b)(7)(C), (b)(7)(F) | Name and identifying information of third party |
| 95 | ATF Electronic Surveillance Report (current page 49) | (b)(7)(C) | Names of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(F) | Names and identifying information of third party |
| 96-97 | ATF Route Slips (current pages 50 &51) | (b)(7)(C) | Names of Federal law enforcement officers and personnel |
| 98-A | ATF Report Memorandum (2 copies – current pages 52 &53) | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | Confidential informant information |
| 98-B | ATF Report Memorandum (current page 54) | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| | | (b)(7)(C), (b)(7)(D) & (b)(7)(F) | Confidential informant information |

# APPENDIX F

VAUGHN INDEX OF DELETIONS IN DISCLOSURE TO WILLIE BOYD
FROM BUREAU OF ALCOHOL TOBACCO AND FIREARMS
*ATF DISCLOSURE FILE # 02-1078*

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|-------|----------------------|-----------|----------------------|
| 1-15 | Subpoenas and related documents | (b)(7)(C) | Names and identifying information of Federal and State law enforcement officers |
| 16 | Fax Cover Sheet | (b)(7)(C) | Name of Federal law enforcement officer |
| 17 | Firearms Trace Report | (b)(2) (b)(7)(C) | Computer code for traced firearm, names and identifying information of Federal law enforcement officer and third party |
| 18 | St. Louis Police Property Voucher | (b)(2) (b)(7)(C) | Internal police codes and name and identifying information of State law enforcement officer |
| 19-21 | Subpoenas | (b)(7)(C) | Names and identifying information of Federal law enforcement officers and third party |
| 22 | Grand Jury Subpoena (1-page-witheld in full) | (b)(3) | Grand Jury Material procedure rule 6(e) |
| 23-35 | Subpoenas and related documents | (b)(7)(C) | Names and identifying information of Federal law enforcement officer and third party |
| 36 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third party |
| 37 | Laboratory Work Sheet | (b)(2) (b)(7)(C) | Internal lab codes and names and identifying information of State law enforcement personnel |
| 38-39 | St. Louis Police Processing Document | (b)(2) (b)(7)(C) | Internal police administrative code, names of Federal or State law enforcement personnel |
| 40 | Handwritten Notes | (b)(2) (b)(7)(C) | Internal police administrative codes, names and identifying information of State law enforcement |
| 41 | St. Louis Police Teletype | (b)(2) (b)(7)(C) | Internal police administrative codes, names and identifying information of State law enforcement personnel |

#02-1078                                                                    Page 2

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|-------|----------------------|-----------|----------------------|
| 42 | ATF Fax Cover Sheet | (b)(2)<br>(b)(7)(C) | Computer code for traced firearm, name and identifying information of Federal law enforcement agent |
| 43-53 | St. Louis Police Reports | (b)(2)<br>(b)(7)(C)<br>(b)(7)(D) | Internal police administrative codes, names of State law enforcement personnel and third parties, references to confidential source |
| 54 | Handwritten Notes | (b)(7)(C) | Name and phone number of third party |
| 55 | ATF Memorandum | (b)(2)<br>(b)(7)(C) | Internal ATF administrative code, names and identifying information of Federal law enforcement officer and third party |
| 56 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third parties |
| 57 | St. Louis Police Reports | (b)(2)<br>(b)(7)(C) | Internal police administrative codes, names of State law enforcement personnel and third parties |
| 58 | ATF Fax Cover Sheet | (b)(7)(C) | Name and identifying information of Federal law enforcement personnel and |
| 59 | Handwritten Notes | (b)(7)(C) | Name of Federal law enforcement officer |
| 60 | Electronic Surveillance Notification | (b)(2) | Equipment used for surveillance and administrative information |
| 61 | Cover Sheet | N/A | None |
| 62 | Grand Jury Transcript<br>(63 pages-withheld in full) | (b)(3) | Transcript of grand jury proceedings |
| 63 | Phone Message | (b)(7)(C) | Name of third party |
| 64-73 | Transcript of Prison Phone Call | (b)(3)<br>(b)(7)(C) | Name and identifying information of third parties and references to grand jury matters |
| 74 | Witness Statement<br>(2 pages-withheld in full) | (b)(7)(C)<br>(b)(7)(D)<br>(b)(7)(F) | Statement of confidential source |
| 75 | Handwritten Notes | (b)(7)(C) | Name and phone number of Federal law enforcement personnel and third parties |
| 76-81 | Search Warrant Application and Affidavit | (b)(7)(C)<br>(b)(7)(D) | Names and identifying information of State law enforcement personnel and third parties |

#02-1078                                                                    Page 3

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 82-83 | Request to Relocate Cooperating Individual | (b)(7)(C) (b)(7)(D) | Names and identifying information of Federal and State law enforcement personnel and confidential source |
| 84 | Confidential Source Information (71 pages-withheld in full) | (b)(2) (b)(7)(C) (b)(7)(D) (b)(7)(F) | information relating to confidential source, computer codes |
| 85 | Status Report | (b)(7)(C) | Name of Federal law enforcement officer |
| 86 | Handwritten Notes | (b)(7)(C) (b)(7)(D) | Names of Federal law enforcement personnel, third parties, and confidential source |
| 87-92 | California Dept. of Corrections Documents | (b)(7)(2) (b)(7)(C) | Names of State law enforcement personnel, computer codes |
| 93-95 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third parties |
| 96-97 | St. Louis Police Receipts | (b)(2) (b)(7)(C) | Internal police administrative codes, names of State law enforcement personnel and third parties |
| 98 | U.S. Attorney Letter | (b)(7)(C) | Names of Federal law enforcement officer and third parties |
| 99 | Casino Transaction Information | N/A | None |
| 100-106 | U.S. Memorandum and Response | N/A | None |
| 107-109 | NCIC Records | (b)(2) (b)(7)(C) | Name of Federal law enforcement officer and internal FBI computer codes |
| 110-122 | Apartment Lease and Documentation | (b)(7)(C) | Names and identifying information of third parties |
| 123-125 | Western Union Records | (b)(7)(C) | Names and identifying information of third parties and Federal law enforcement officer |
| 125-128 | Apartment Rental Information | (b)(7)(C) | Names and identifying information of third parties |
| 129-145 | NCIC Records | (b)(7)(2) (b)(7)(C) | Name of Federal law enforcement officer, names and identifying information of third parties, and internal FBI computer codes |

#02-1078                                                                Page 4

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|-------|---------------------|-----------|----------------------|
| 146 | Western Union Records and Handwritten Notes | (b)(7)(C) (b)(4) | Names and identifying information of third parties, Currency codes |
| 147 | NCIC Records | (b)(7)(2) | internal FBI computer codes |
| 148 | Handwritten Notes | (b)(7)(C) | Name of third party |
| 149 | Property Tracking Form | (b)(7)(2) (b)(7)(C) | Names of Federal and State law enforcement officers and identifying information of same |
| 150-154 | Handwritten Notes | (b)(7)(C) | Names of third parties |
| 155 | St. Louis Police Receipts | (b)(2) (b)(7)(C) | Names of State law law enforcement personnel, internal police codes |
| 156-166 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third parties |
| 167 | Handwritten Notes (2 pages-withheld in full) | (b)(7)(C) (b)(7)(D) (b)(7)(F) | information relating to confidential source |
| 168 | Handwritten Notes | (b)(7)(C) (b)(7)(D) (b)(7)(F) | Information relating to confidential source |
| 169 | Handwritten Notes | (b)(7)(C) (b)(7)(D) (b)(7)(F) | Information relating to confidential source |
| 170-173 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third parties |
| 174 | Handwritten Notes (4 pages-withheld in full) | (b)(7)(C) (b)(7)(D) (b)(7)(F) | information relating to confidential source |
| 175-178 | Handwritten Notes | (b)(7)(C) | Names and identifying information of third parties |
| 179-180 | Trans Union Reports | (b)(4) | Corporate transaction codes |
| 181 | Handwritten Notes | (b)(7)(C) (b)(7)(D) (b)(7)(F) | Information relating to confidential source |
| 182 | ATF Letter to Mo. Dept. of Revenue | (b)(7)(C) | Name and identifying information of Federal law enforcement officer |
| 183 | Handwritten Notes | (b)(7)(C) | Name and identifying information of Federal or State law enforcement officer |
| 184-191 | Evidence Photos and Receipts | (b)(7)(C) | Name and identifying information of State law enforcement officer |

#02-1078                                                                                                          Page 5

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 192 | Handwritten Notes<br>(1 page-withheld in full) | (b)(7)(C) | information relating to third parties (names and identifying information) |
| 193-255 | Plaintiff's FOIA Complaint | n/a | None |
| 256-257 | NCIC Printouts | (b)(2) | Internal FBI computer codes |
| 258 | Draft Declaration for FOIA Litigation<br>(3 pages-withheld in full) | (b)(5)<br>(b)(7)(C) | Draft FOIA Litigation declaration that was never filed |
| 259-261 | Photographs and Identification of Plaintiff | n/a | None |
| 262-264 | Mo. Dept. of Revenue Printouts | (b)(2)<br>(b)(7)(C) | Internal computer codes and names and identifying information of third party |
| 265 | Criminal History and Identification of Third Party<br>(2 pages-withheld in full) | (b)(2)<br>(b)(7)(C) | State criminal history and photograph of third party |
| 266-267 | Photographs and Identification of Plaintiff | n/a | None |
| 268 | Investigative Notes | (b)(7)(c) | Name of third party |
| 269 | E-Mail Message Regarding FOIA Litigation<br>(1 page-withheld in full) | (b)(5) | Internal deliberations regarding FOIA litigation |
| 270 | Handwritten Notes | n/a | None |
| 271-274 | Criminal Records of Plaintiff | (b)(2)<br>(b)(7)(C) | Internal FBI computer code and names and identifying information of third parties |
| 275 | Photographs and Identification of Plaintiff | n/a | None |
| 276-291 | Criminal Records of Plaintiff | (b)(2)<br>(b)(7)(C) | Internal FBI computer codes and names and identifying information of Federal and State law enforcement personnel |
| 292-315 | Plaintiff's Criminal Appeal | n/a | None |
| 316-317 | TECS Printout | (b)(2) | Internal ATF computer codes |
| 318 | Ameritech Order Form | (b)(7)(C) | Name and identifying information of third party |
| 319 | Handwritten Notes | (b)(2)<br>(b)(7)(C) | Internal law enforcement codes and name and identifying information of third party |
| 320-321 | Federal Records Center Request | (b)(2)<br>(b)(7)(C) | Internal computer code and names and identifying information of third party and Federal law enforcement officer |
| 322 | Business Card | (b)(7)(C) | Name and identifying information of third party |
| 323 | Copy of Mailed Envelope | (b)(7)(C) | Name and identifying information of third party |

**#02-1078**

Page 6

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|---|---|---|---|
| 324-325 | Ameritech Order Form and Receipt | (b)(7)(C) | Name of third party |
| 326-327 | Mo. Dept. of Revenue Printouts | (b)(2)<br>(b)(7)(C) | Names and identifying information of third parties, internal State computer codes |
| 328-332 | California State Court Records | (b)(2)<br>(b)(7)(C) | Names and identifying information of State law enforcement officers and third parties, internal State computer codes |
| 333 | Grand Jury Indictment<br>(5 pages-withheld in full) | (b)(3) | Grand Jury Indictment |
| 334-335 | Request for California Court Records | (b)(2)<br>(b)(7)(C) | Internal FBI computer code and names and identifying information of Federal law enforcement officers |
| 336-339 | St. Louis City Assessor Records | (b)(2)<br>(b)(7)(C) | Internal State computer code and names and identifying information of third parties |
| 340-341 | Currency Transaction Report | (b)(2)<br>(b)(7)(C) | Internal Federal computer code and names and identifying information of third parties |
| 342 | TRW Record | (b)(2)<br>(b)(7)(C) | Corporate transaction code and names and identifying information of third parties |
| 343 | Criminal History and Identification of Third Party<br>(7 pages-withheld in full) | (b)(2)<br>(b)(7)(C) | State criminal history and photograph of third party |
| 344-345 | Mo. Dept. of Revenue Printouts | (b)(2)<br>(b)(7)(C) | Names and identifying information of third parties, internal State computer codes |
| 346-347 | ATF Report of Interview | (b)(7)(C) | Names and identifying information of Federal law enforcement officers and third parties |
| 348-349 | 2 Copies of ATF Letter to Clerk of St. Louis Circuit Court | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 350-352 | ATF Memoranda | (b)(2)<br>(b)(7)(C)<br>(b)(7)(D)<br>(b)(7)(F) | information relating to confidential source, computer codes, names and identifying information of Federal law enforcement officers |
| 353-364 | California State Court Records | (b)(2)<br>(b)(7)(C) | Names of Federal and State law enforcement officers and third parties, internal State computer codes |

**#02-1078**                                                                    **Page 7**

| DOC.# | DOCUMENT DESCRIPTION | EXEMPTION | INFORMATION WITHHELD |
|-------|---------------------|-----------|---------------------|
| 365-367 | Criminal Records of Plaintiff | (b)(2)<br>(b)(7)(C) | Internal ATF computer codes<br>and name of Federal<br>law enforcement personnel |
| 368-377 | NCIC Printouts | (b)(2) | Internal FBI computer codes<br>and name of third party |
| 378 | California State Court Records | (b)(2)<br>(b)(7)(C) | Names of State law<br>enforcement officers<br>and internal State<br>computer codes |
| 379 | ATF Photographic I.D. Folder | (b)(7)(C) | Photos of lineup participants |
| 380 | St. Louis City Assessor Record | (b)(2)<br>(b)(7)(C) | Internal State computer code<br>and names and identifying<br>information of third parties |
| 381 | Referral to United States Marshals Service<br>(22 pages) | N/A | none from ATF |
| 382 | Referral to Executive Office of United States Attorneys<br>(12 pages) | N/A | none from ATF |
| 383 | Referral to Financial Crimes Enforcement Network | N/A | none from ATF |
| 384-385 | State Department of<br>Corrections | (b)(2)<br>(b)(7)(C) | Internal State and FBI Codes<br>and name and identifying<br>Information of third party |
| 386-387 | Personal History sheets | (b)(2)<br>(b)(7)(C) | FBI computer codes<br>and names and identifying<br>information of third parties |

# APPENDIX G

-2-

the Bureau of Prisons (BOP) for Freedom of Information Act (FOIA) violations. Boyd and his mother, Mary Dearmon are currently suing the St. Louis Metropolitan Police Department (SLMPD) in federal court alleging violation of his civil rights and property damage. This lawsuit stems from the execution of a state search warrant at 1403 E. DeSoto, St. Louis, Missouri. Assistant United States Attorney (AUSA) Gary M. Gaertner and SA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Boyd's narcotics trafficking was continuing during his incarceration and that narcotics, firearms and currency were being kept at the residence at 1403 E. DeSoto. ▮▮▮▮▮▮▮ contacted Mobile Reserve Unit officers and introduced them to the cooperating individual. The officers, in turn, conducted an independent investigation that led to the issuance of a state search warrant. One (1) firearm was recovered from the aforementioned residence.

The cooperating individual ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



After consultation with Richard L. Poehling of the United States Attorney's Office and St. Louis City Counselor ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attempted to locate the cooperating individual by utilizing the following investigative techniques:

- Ran the subject through computer indices ▮▮▮▮
- Checked the subject for current employment ▮
- Ran the subject ▮▮▮▮▮▮▮▮▮▮▮▮ r utility service ▮
- Left a note ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (no response).
- Contacted a FBI Agent and local police officer that dealt with the subject in the past to generate additional leads.



(83)

05-336-31