UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILLIE E. BOYD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1096 (RMU) |
| | : | | |
| v. | : | Document No.: | 46 |
| | : | | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | : : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's second renewed motion for summary judgment [#46] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: August 15, 2008

/s/
RICARDO M. URBINA
United States District Judge